No. 699. JOHN. T. BEECROFT, PLAINTIFF IN ERROR, *v.* THE GREAT NORTHERN RAILWAY COMPANY. In error to the District Court of Lyon County, State of Minnesota. Argued December 6, 1916. Decided December 11, 1916. *Per Curiam.* Judgment affirmed with costs on the authority of *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 673; *Great Northern Ry. Co.* v. *Knapp,* 240 U. S. 464; *Baltimore & Ohio R. R. Co.* v. *Whitacre, ante,* 169. *Mr. Tom Davis* and *Mr. Ernest A. Michel* for the plaintiff in error. *Mr. E. C. Lindley, Mr. A. L. Janes* and *Mr. M. L. Countryman* for the defendant in error.

---

No. 120. CHARLES SCHWEINLER PRESS, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF NEW YORK. In error to the Court of Special Sessions, First District, New York City, State of New York. Argument commenced November 16, 1915. Decided December 18, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Haseltine* v. *Central Bank of Springfield,* 183 U. S. 130; *Schlosser* v. *Hemphill,* 198 U. S. 173; *Missouri & Kansas Interurban Ry. Co.* v. *Olathe,* 222 U. S. 185; *Louisiana Navigation Company* v. *Oyster Commission of Louisiana,* 226 U. S. 99; *Thompson* v. *St. Louis,* 241 U. S. 637. *Mr. Alfred E. Ommen* for the plaintiff in error. *Mr. Robert S. Johnstone* and *Mr. Leonard J. Oberman* for the defendant in error.